IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY SCHREINER, # 235940, | : |
| | : |
|     Petitioner, | : |
| | : |
| vs. | : CIVIL ACTION NO. 22-00140-KD-B |
| | : |
| REOSHA BUTLER, | : |
| | : |
|     Respondent. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 7) is made, the Report and Recommendation (doc. 5) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this petition is **DISMISSED** as time-barred. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and he is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 3rd of June 2022.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE