```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| GARY SCHREINER, # 235940, | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 22-00140-KD-B |
| | * |
| REOSHA BUTLER, | * |
| | * |
| Respondent. | * |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Gary Schreiner's petition for writ of habeas corpus is dismissed as time-barred under 28 U.S.C. § 2244(d)(1)(A).

Petitioner is not entitled to a certificate of appealability and is not entitled to appeal in forma pauperis.

**DONE** this 3rd day of June 2022.

Kristi K. DuBose<br>
KRISTI K. DuBOSE<br>
UNITED STATES DISTRICT JUDGE